**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **In re:** | ) | |
| | ) | |
| | ) | **Case No. 13 B 48989** |
| **WILLIAM O'MALLEY,** | ) | |
| | ) | |
| | ) | |
| | ) | **Chapter 7** |
| **Debtor.** | ) | |
| | ) | |

**FINDINGS OF FACT AND CONCLUSIONS OF LAW IN SUPPORT OF ORDER GRANTING APPLICATION OF FOX, SWIBEL, LEVIN & CARROLL, LLP, ATTORNEYS FOR TRUSTEE FOR ALLOWANCE OF SECOND INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES**

| | | | |
|---|---|---|---|
| TOTAL FEES REQUESTED: | **$79,938.00** | TOTAL COSTS REQUESTED: | **$690.93** |
| TOTAL FEES REDUCED: | **$2,795.00** | TOTAL COSTS REDUCED: | **$222.72** |
| TOTAL FEES ALLOWED: | **$77,143.00** | TOTAL COSTS ALLOWED: | **$468.21** |

**TOTAL FEES AND COSTS ALLOWED: $77,611.21**

The attached time and expense entries have been underlined to reflect disallowance in whole or in part. The basis for each disallowance is reflected by numerical notations that appear on the left of each underlined entry. The numerical notations correspond to the enumerated paragraphs below.

**(4) Insufficient Description**

The Court denies the allowance of compensation for the following task since the description of the time entry fails to identify in a reasonable manner the service rendered. *In re Pettibone*, 74 B.R. 293, 301 (Bankr. N.D. Ill. 1987) ("A proper fee application must list each activity, its date, the attorney who performed the work, a description of the nature and substance of the work performed, and the time spent on the work. [Citation omitted] Records which give no explanation of the activities performed are not compensable."); *In re Wildman*, 72 B.R. 700, 708-9 (Bankr. N.D. Ill. 1987) (same).

**(5) Duplication of Services**

The Court denies the allowance of compensation for services that duplicate those of another professional or paraprofessional. *See* 11 U.S.C. § 330(a)(4)(A)(i). Reduction in fees is warranted if multiple attorneys from the same firm appear in court on a motion or argument or for a conference, unless counsel adequately demonstrates that each attorney present contributed in some meaningful way. *In re Pettibone*, 74 B.R. 293, 307 (Bankr. N.D. Ill. 1987) ("A debtor's estate should not bear the burden of duplication of services. If found in the record, such duplication shall be disallowed by the court as unnecessary."). It is also an accepted principle that generally no more than one attorney may bill for time spent in an intra-office conference or meeting absent an adequate explanation. *See In re Adventist Living Ctrs., Inc.*, 137 B.R. 701, 716 (Bankr. N.D. Ill. 1991); *In re Pettibone*, 74 B.R. at 303.

**(7) Lumping**

The Court may impose a ten percent penalty for "lumping." *In re Wildman*, 72 B.R. 700, 709 (Bankr. N.D. Ill. 1987) ("Applicants may not circumvent the minimum time requirement or any of the requirements of detail by "lumping" a bunch of activities into a single entry. [citation omitted]. Each type of service should be listed with the corresponding specific time allotment.").

**(11) Overhead Costs are Non-Compensable**

The Court denies reimbursement for fees or expenses that are overhead costs. Expenses which are overhead are not compensable because they are built into the hourly rate. *See In re Wildman*, 72 B.R. 700, 731 (Bankr. N.D. Ill. 1987). Overhead, for bankruptcy purposes, includes "all continuous administrative or general costs or expenses incident to the operation of the firm which cannot be attributed to a particular client or cost." *In re Convent Guardian Corp.*, 103 B.R. 937, 939-40 (Bankr. N.D. Ill. 1989) (quoting *In re Thacker*, 48 B.R. 161, 164 (Bankr. N.D. Ill. 1985)).

**(12) Clerical Work Not Compensable**

The court disallows the compensation of clerical or stenographic employees of the professional for the performance of routine clerical or administrative activities in the normal course of the professional's business, such as photocopying, secretarial work, or routine filing. Such activities are not in the nature of professional services and must be absorbed by the applicant's firm as an overhead expense. *In re Dimas, LLC*, 357 B.R. 563, 577 (Bankr. N.D. Cal. 2006) (citing *Missouri v. Jenkins*, 491 U.S. 274, 288 n. 10 (1989)). *See also In re Chellino*, 209 B.R. 106, 114 (Bankr. C.D. Ill. 1996) (Paralegal, but not "clerk" services entitled to compensation at an hourly rate; clerk activities are overhead of the professional); *Souza v. Miguel*, 32 F.3d 1370, 1375 (9th Cir. 1994) (Trustee not entitled to reimbursement or compensation of overhead expenses such as secretarial, stenographic, clerical, and routine messenger services).

Dated: June 24, 2015

Eugene R. Wedoff
United States Bankruptcy Judge

# Fox, Swibel, Levin & Carroll, LLP

200 W. Madison Street - Suite 3000
Chicago, IL 60606
(312) 224-1200
Tax I.D. 36-4350549

May 21, 2015

INVOICE: 60193
File No: 05669 - 002
Billed Through: 05/11/2015

FSLC

## NNR, as Trustee - O'Malley/ O'Malley, William - Attorney

## ***PROFESSIONAL SERVICES***

| Date | | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 12/18/2014 | NNR | Edit, revise the First Interim Application to Compensate FSLC (3.4); discussion with A. Bouse re same (.3); finalize the First Interim Application to Compensate FSLC for filing and coordinate with A. Bouse re same (.5) | 4.20 hrs @ | 450 /hr | 1,890.00 |
| 12/18/2014 | ADB | Reviewed emails from K. Goin and N. Reid re deposition transcript of December 1, 2014 (.1); reviewed emails from N. Reid re Motion to Approve Settlement Between the Trustee and the Debtor (.1); telephone call with N. Reid re FSLC's Fee Application (.1); telephone call with N. Reid re Motion to Approve Settlement Between the Trustee and the Debtor (.1); met with N. Reid re same (.1); revised, file, serve and docket the First Interim Application to Compensate FSLC (4.1) | 4.60 hrs @ | 185 /hr | 851.00 |
| 12/19/2014 | RTS | Meeting with D. O'Malley and R. Braver regarding investigation of potential estate recoveries (2.0); travel to and from meeting with D. O'Malley and R. Braver regarding investigation of potential estate recoveries (2.3) | 4.30 hrs @ | 335 /hr | 1,440.50 |
| 12/19/2014 | ADB | Updated the Subpoena status chart (.8); telephone call with K. Pfeiffer re invoice from BOA (.1) | 0.90 hrs @ | 185 /hr | 166.50 |
| 12/22/2014 | RTS | Revised Subpoena to G. O'Malley | 0.20 hrs @ | 335 /hr | 67.00 |
| 12/22/2014 | NNR | Edit, revise Motion to Shorten Deadlines (1.7); edit, revise Settlement Approval order (2.0) | 3.70 hrs @ | 450 /hr | 1,665.00 |
| 12/22/2014 | ADB | Telephone call with P. Webb re Motion to Approve Compromise or Settlement with Debtor per Rule 9019 (.1); revised Motion to Approve Settlement with Debtor (.3); revise Subpoena to G. O'Malley (.1); reviewed emails from N. Reid re same (.2); reviewed banking info re deposit/wire from Debtor (.2) | 0.90 hrs @ | 185 /hr | 166.50 |

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 12/23/2014 | RTS | Emails to and from R. Braver re G. O'Malley Subpoena service (.2); emails to and from N. Reid re R. Braver retention and telephone call re same (.2) | 0.40 hrs @ | 335 /hr | 134.00 |
| 12/23/2014 | NNR | Edit, revise, finalize pleadings re motion to shorten notice (.3); revise proposed order (.2); discussions with A. Bouse re same (.5) | 1.00 hrs @ | 450 /hr | 450.00 |
| 12/23/2014 | ADB | Revised Motion to Shorten Deadlines to Object to Discharge (.4); telephone call with N. Reid (.1); updated service list to creditors who filed claims (.3); emailed N. Reid re Motion to Shorten Deadlines to Object to Discharge (.2); revised, filed, served and docket the Trustee's Motion to Shorten Deadlines to Object to Discharge (1.1); [reviewed and filed the amended Proposed Order - Order (I) Approving Settlement Agreement Between the Trustee and William O'Malley and (II) Shortening Notice (.1);] telephone call with N. Reid re same (.2); telephone call with Annette at Bankruptcy Court re amended proposed order (.1); telephone call with N. Reid re same (.2) (.2) | 2.70 hrs @ | 185 /hr | 499.50 -18.50 |
| 12/29/2014 | RTS | Met with Trustee re case status | 0.20 hrs @ | 335 /hr | 67.00 |
| 12/29/2014 | NNR | Discussion with K. Gleason re potential objection on notice (.1); emails, discussion with C. Foster re same (.1); emails to D. Cohen, C. Foster, M. Schwartz re hearing tomorrow and obtaining all necessary documents re same (.2) | 0.40 hrs @ | 450 /hr | 180.00 |
| 12/29/2014 | ADB | Emailed N. Reid re Amended Order(.1); prepared docs for N. Reid for Court on 12-30-2014 (.9) | 1.00 hrs @ | 185 /hr | 185.00 |
| 12/30/2014 | NNR (?) | Prepare for, attend hearing re Settlement (2.0); prepare for, attend hearing re FSLC Fee Application (.7) | 2.70 hrs @ | 450 /hr | 1,215.00 -121.50 |
| 12/30/2014 | ADB | Emailed N. Reid re Amended Order (.1); draft memo to A. Salas re check to FSLC (.4); reviewed orders (.2); met with N. Reid re same (.3); met with A. Salas re same (.1) | 1.10 hrs @ | 185 /hr | 203.50 |
| 01/02/2015 | ADB | Telephone calls with Lindsey at JP Morgan Securities, LLC re Subpoena (.5); telephone call with R. Schultz re discovery docs. (.1); telephone call with J. Margulies re documents in iManage (.1); telephone call with N. Reid re same (.1) | 0.80 hrs @ | 185 /hr | 148.00 |
| 01/06/2015 | RTS | Met with N. Reid re retention of R. Braver and other case issues | 0.20 hrs @ | 370 /hr | 74.00 |
| 01/06/2015 | ADB | Review email from R. Schultz re Braver and Assoc. (.1); | 1.70 hrs @ | 185 /hr | 314.50 |

-140.00

| | | | | | |
|---|---|---|---|---|---|
| | | draft Application to Employ R. Braver as Forensic Accountant to the Trustee (1.4); telephone call with N. Reid re missing signature page from C. Foster (.2) | | | |
| 01/07/2015 | RTS | Revised Application to Employ R. Braver and Associates | 0.50 hrs @ | 370 /hr | 185.00 |
| 01/07/2015 | ADB | Reviewed R. Braver's resume (.1); reviewed FSLC engagement letter (.1); telephone call with R. Schultz re Application to Employ R. Braver (.1); revised Application to Employ R. Braver as Forensic Accountant to FSLC (2.1); met with R. Schultz re same (.1); revised application to employ @Properties as Real Estate Broker to the Trustee (.8); reviewed claims register and revised list of creditors (.2); reviewed email from R. Braver and N. Reid re declaration (.1); revised application to employ @properties (1.2) | 4.80 hrs @ | 185 /hr | 888.00 |
| 01/08/2015 | RTS | Revised Application to Employ @Properties (.3); revised declaration of R. Braver in support of Application to Employ (.1); researched potential claims against G. O'Malley (1.3) | 1.70 hrs @ | 370 /hr | 629.00 |
| 01/08/2015 | NNR | Edit, revise R. Braver Retention Application | 0.40 hrs @ | 450 /hr | 180.00 |
| 01/08/2015 | ADB | Review and respond to emails from N. Reid re Braver's invoice | 0.30 hrs @ | 185 /hr | 55.50 |
| 01/09/2015 | RTS | Met with R. Braver re asset investigation (1.0); drafted analysis of claims against G. O'Malley (1.0); organized and reviewed documents to send to R. Braver (1.8) | 3.80 hrs @ | 370 /hr | 1,406.00 |
| 01/09/2015 | ADB | Reviewed emails from R. Schultz re Declaration of R. Braver (.1); revised emails from N. Reid re R. Braver (.1); met with N. Reid re subpoenas (.1); telephone call with N. Reid and R. Schultz re docs to R. Braver (.1); telephone call with R. Schultz re docs to be sent to R. Braver for review (.1); telephone call with N. Reid re Blackman Kallick Report (.3); reviewed Blackman Kallick Report (.4); revise service list (.4); revise Application to Employ @Properties (.2); reviewed emails from R. Schultz re docs to R. Braver (.3); revised Application to Employ Forensic Accounts (.4); telephone call with R. Schultz re same (.1); [revised, file, serve and docket Application to Employ Forensic Accountants (.3)] (12) | 2.90 hrs @ | 185 /hr | 536.50 -55.50 |
| 01/12/2015 | RTS | Revised proposed order re Application to Employ R. Braver and Associates (.1); email to N. Reid re same (.1); emails from R. Braver re German investigator (.1); emails from R. Braver to D. O'Malley re asset investigation (.2); researched | 1.20 hrs @ | 370 /hr | 444.00 |

-55.50

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | ownership of Florida condo for fraudulent transfer analysis (.3); email to N. Reid re same (.1); email to D. Cohen re request for documents re Florida condo (.1); emails from D. O'Malley re asset investigation (.2) | | | |
| 01/12/2015 | NNR (7)(4) | Resolve issues, make calls re O'Malley subpoena of docs re Marquette Bank | 0.40 hrs @ | 450 /hr | 180.00 -18.00 |
| 01/12/2015 | NNR | Edit, revise proposed order (.2); discussion with R. Schultz re same (.2); review emails from R. Braver re additional discovery (.5) | 0.90 hrs @ | 450 /hr | 405.00 |
| 01/12/2015 | ADB | Telephone call with N. Reid re Application to Employ R. Braver and Associates (.1); reviewed discovery documents (2.3); gather documents and create CD to be sent to R. Braver (.5); draft index of discovery documents sent to R. Braver for review (.9); revised and filed amended proposed order (.1); revised discovery index (.2); reviewed emails from R. Braver and N. Reid re additional parties (.2); met with R. Schultz re same (.2); reviewed email from N. Reid to W. Sullivan re Subpoena to Marquette Bank (.1); reviewed email from D. O'Malley re additional docs (.1); telephone calls with N. Reid re additional info from R. Braver and D. O'Malley (.3) | 5.00 hrs @ | 185 /hr | 925.00 |
| 01/13/2015 | RTS | Drafted email to R. Braver re Marquette Bank Subpoena (.1); emails between R. Braver, D. O'Malley and the Trustee re asset investigation (.3) | 0.40 hrs @ | 370 /hr | 148.00 |
| 01/13/2015 | ADB | Drafted letter to R. Braver re discovery documents (.3); revised list of documents to be sent to R. Braver to include additional pursuant to N. Reid's request (.2); telephone call with J. Neagle re documents to be sent to R. Braver (.1); reviewed emails from N. Reid and R. Schultz re Marquette Bank (.1); reviewed email from D. O'Malley re Palos Country Club (.1); telephone calls with N. Reid re status (.3) | 1.10 hrs @ | 185 /hr | 203.50 |
| 01/14/2015 | NNR | Discussion with A. Bouse re discovery | 0.20 hrs @ | 450 /hr | 90.00 |
| 01/14/2015 | ADB | Telephone calls with N. Reid re Subpoena to Marquette Bank (.1); telephone call with N. Reid re status of Subpoenas (.1); email to M. Schwartz re Stipulation to Dismiss (.1); telephone call with R. Braver re additional documents (.4) | 0.70 hrs @ | 185 /hr | 129.50 |
| 01/15/2015 | ADB | Reviewed and revised Subpoena chart (.8); reviewed numerous emails from N. Reid, R. Schultz, D. O'Malley and R. Braver re parties for which we need 2004 authority (.3); | 3.50 hrs @ | 185 /hr | 647.50 |

-18.00

| | | | | | |
|---|---|---|---|---|---|
| | | create a list of potential 2004 parties (2.1); telephone call with N. Reid and R. Braver re discovery/subpoenas (.3) | | | |
| 01/16/2015 | NNR | Meeting with A. Bouse re general discovery, subpoenas | 1.20 hrs @ | 450 /hr | 540.00 |
| 01/16/2015 | ADB | Telephone call with N. Reid and M. Floyd re Subpoena to Marquette Bank (.2); revised the 2004 party list (.8); revised Marquette Bank's Subpoena and rider (.2); revised status chart (.3); reviewed emails from R. Braver, D. O'Malley and N. Reid re O'Malley's affidavit and Barclay (.2); reviewed various emails from R. Braver re Cummings & Lockwood, Chicago Title, Fidelity, and other additional parties to be subpoenaed (.4); reviewed emails from N. Reid and D. Cohen re O'Malley's affidavits (.1); [met with N. Reid re O'Malley (1.2)] (5) | 3.40 hrs @ | 185 /hr | 629.00 -222.00 |
| 01/19/2015 | RTS | Emails from R. Braver re documents to be subpoenaed and other discovery issues (.3); revised Marquette Bank Subpoena (.3); reviewed emails from R. Braver and others to draft discovery plan (.5) | 1.10 hrs @ | 370 /hr | 407.00 |
| 01/19/2015 | ADB | Draft Subpoena to Fidelity Investment (.2); draft Subpoena to Blackman Kallick and Rider (.2); draft Subpoena to Plante Moran and Rider (.2); revised Rider to Marquette Bank (.1); draft rider to subpoenas to be sent to banks (.3); draft rider to subpoenas to be sent to title companies (.3); draft Subpoena to EverBank (.2); draft Subpoena to Bank of Florida (.1) | 1.60 hrs @ | 185 /hr | 296.00 |
| 01/20/2015 | ADB | Telephone call with N. Reid re status of subpoenas (.2); revised letter to Laurel at JP Morgan Chase (.2); drafted rider to subpoenas to be sent to banks per N. Reid (.1); drafted rider to subpoenas to be sent to title companies (.4); reviewed emails from R. Braver re chase (.1); revised Subpoena and Rider to Marquette Bank (.1); revised Subpoena and Rider to Chase Bank (.1); telephone call with N. Reid re Subpoena to G. O'Malley/witness fee (.2) | 1.40 hrs @ | 185 /hr | 259.00 |
| 01/21/2015 | CAL | Met with A. Bouse re O'Malley Subpoenas (.1); revised Subpoena and rider for 8050 Niles, LLC (.3); drafted Subpoena and rider for Ally Financial Inc. (.4) | 0.80 hrs @ | 185 /hr | 148.00 |
| 01/21/2015 | NNR | Edit, revise discovery subpoena riders (1.4); discussion with A. Bouse re same (.2); discussion with A. Bouse, R. Braver re subpoenas and follow up re same (.2); further discussion with A. Bouse re same (.2) | 2.00 hrs @ | 450 /hr | 900.00 |

-222.00

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 01/21/2015 | ADB | Met with C. Lukey re BR2004 subpoenas to various parties (.1); email to N. Reid re amended Subpoena to G. O'Malley (.1); email to N. Reid re amended Subpoena to Chase (.1); telephone call with N. Reid re Subpoena to G. O'Malley (.1); revised Subpoena to G. O'Malley and rider (.2); met with N. Reid re draft riders to bank and title companies (.2); revised Subpoena and rider to JP Morgan Chase NA (.2); revised Subpoena and rider to Marquette bank (.1); draft letter to M. Schwartz re Subpoena to G. O'Malley (.2); draft letter to Chase re Subpoena (.1); draft letter to F. Moran re amended Subpoena to Marquette bank (.1); met with N. Reid re same (.2); revised discovery index (.7); revised Subpoena to Fidelity Investment and rider (.1); revised G. O'Malley's rider to include D. O'Malley's comments and R. Braver's comments of 01-21-2015. (.2); telephone call with N. Reid re same (.1); reviewed emails from N. Reid and R. Braver re deposition date (.1); reviewed emails from D. O'Malley and R. Braver re changes to riders (.2) | 3.20 hrs @ | 185 /hr | 592.00<br>-92.50 |
| 01/22/2015 | CAL | Revised Subpoena and rider for 8050 Niles, LLC (.1); revised Subpoena and rider for Ally Financial Inc. (.1); drafted Subpoena and rider for Cloister Development Co. (.3); drafted Subpoena and rider for C. Murphy (.3); drafted Subpoena and rider for FGMK, LLC (.3); drafted Subpoena and rider for J. O'Malley (.3); revised Subpoena and rider for M. Giliano (.2); revised Subpoena and rider for M. O'Neil (.1); met with A. Bouse re same (.1); met with R. Schultz re same (.1); drafted Subpoena and rider for Newmarket Development, Inc. (.3) | 2.20 hrs @ | 185 /hr | 407.00 |
| 01/22/2015 | RTS | Reviewed list of subpoena status and parties to be subpoenaed per R. Braver | 0.10 hrs @ | 370 /hr | 37.00 |
| 01/22/2015 | NNR | Further review Subpoena rider for G. O'Malley (.8); email to A. Bouse re same (.2) | 1.00 hrs @ | 450 /hr | 450.00 |
| 01/22/2015 | ADB | Reviewed emails from R. Braver (.1) telephone call with R. Braver re discovery docs (.2); telephone call with N. Reid re same (.1); gather and organize documents to be reviewed by R. Braver (.9); met with R. Braver re discovery documents (.2); met with J. Neagle re documents produced by Debtor (.1); revised list of parties for which we have and/or need 2004 authority from (.3); met with C. Lukey re Subpoena to Ally/other parties (.1); met with R. Braver re additional subpoenas (.1); email to R. Braver re M. Giliano (.1) | 2.20 hrs @ | 185 /hr | 407.00<br>-18.50 |
| 01/23/2015 | CAL | Drafted Subpoena and rider for Palos CC, LLC (.3); drafted Subpoena and rider for Palos Country Club, Inc. (.3); drafted Subpoena and rider for second Palos Country Club, Inc. (.3); drafted Subpoena and rider for Pedersen & Houpt, P.C. (.3); met with N. Reid re same (.1) | 1.30 hrs @ | 185 /hr | 240.50 |

111.00

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 01/23/2015 | RTS | Emails from D. O'Malley re M. O'Neil and additional parties to subpoena (.2); email from R. Braver re M. O'Neil (.1); reviewed revised Subpoena for G. O'Malley (.1); met with N. Reid and A. Bouse re discovery strategy and status (.6); reviewed 2004 Subpoenas (.5) | 1.50 hrs @ | 370 /hr | 555.00 |
| 01/23/2015 | NNR (5) | Edit, revise subpoena (.7); [prepare for/attend meeting with A. Bouse and R. Schultz re discovery (.6);] further resolve issues re general discovery, organization and access to documents (.6); discussion with R. Braver re discovery on M. O'Neil (.2) | 2.10 hrs @ | 450 /hr | 945.00 -270.00 |
| 01/23/2015 | ADB | Reviewed email from N. Reid re G. O'Malley (.1); reviewed Marquette Bank Production (.8); reviewed email from R. Braver re M. O'Neil (.1); prepare for meeting with N. Reid and R. Schultz (.6); met with N. Reid and R. Schultz re O'Malley (.6); revised letter to M. Schwartz re BR 2004 Subpoena to G. O'Malley (.1); revised letter to Laurine at JP Morgan Chase, NA. re BR 2004 Subpoena (.1); revised letter to M. Floyd re BR 2004 Subpoena to Marquette Bank (.2); email to M. Floyd re same (.1); reviewed emails from R. Braver re additional 2004 parties (.3) | 3.00 hrs @ | 185 /hr | 555.00 |
| 01/26/2015 | RTS | Drafted and revised 2004 subpoenas | 1.50 hrs @ | 370 /hr | 555.00 |
| 01/26/2015 | NNR | Discussion with R. Schultz, A. Bouse re general discovery, subpoenas, riders and related issues | 0.30 hrs @ | 450 /hr | 135.00 |
| 01/26/2015 | ADB (12) (7) | [Review and upload documents from D. O'Malley (3.4);] telephone call with R. Braver re Marquette Bank and M. O'Neil (.1); telephone call with N. Reid re D. O'Malley docs (.1); telephone call with R. Schultz re subpoenas (.1); telephone call with call N. Reid re same (.1); draft (3rd) 2004 Motion (.5) | 4.30 hrs @ | 185 /hr | 795.50 -55.50 |
| 01/27/2015 | RTS | Reviewed Marquette Bank document production | 1.80 hrs @ | 370 /hr | 666.00 |
| 01/27/2015 | NNR | Edit, revise subpoena riders (1.8); discussion with A. Bouse re same (.2) | 2.00 hrs @ | 450 /hr | 900.00 |
| 01/27/2015 | NNR | Further discuss, resolve issues re subpoenas for discovery | 0.50 hrs @ | 450 /hr | 225.00 |
| 01/27/2015 | ADB | Reviewed and revised the draft subpoena/rider to title companies (.1); reviewed letter from D. Cohen re storage (.1); reviewed email from N. Reid re subpoena to M. O'Neil (.1); reviewed emails from N. Reid and R. Braver re | 3.50 hrs @ | 185 /hr | 647.50 |

-325.50

| Date | Timekeeper | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | subpoena to M. O'Neil and M. Giliano (.2); search cook county database re various properties (3.0) | | | |
| 01/28/2015 | NNR | Discussion with A. Bouse re general discovery (.3); review emails re same (.3); discussion with E. Ives re assisting on the case (.3) | 0.90 hrs @ | 450 /hr | 405.00 |
| 01/28/2015 | NNR | Discussion with M. Floyd and A. Bouse re status of discovery against Marquette Bank (.2); discussion with A. Bouse re prioritizing projects, discovery, subpoenas, general discovery (.4) | 0.60 hrs @ | 450 /hr | 270.00 |
| 01/28/2015 | NNR | Resolve issues re general discovery on G. O'Malley (.1); edit/revise coverletter for subpoena re same (.1) | 0.20 hrs @ | 450 /hr | 90.00 |
| 01/28/2015 | ADB | Telephone call with R. Braver re Marquette Bank's production (.1); prepare binder of Marquette's production for R. Braver's review (.1); telephone call with N. Reid re G. O'Malley (.1); telephone call with N. Reid re Berkshire (.1); telephone calls with M. Moran re service upon G. O'Malley (.6); telephone call with N. Reid re same (.1); [telephone call with N. Reid and F. Mason re Marquette Bank's production (.2)] (5) [met with N. Reid re same (.2)]; email to N. Reid re Berkshire Hathaway (.1); telephone call with N. Reid re same (.1); reviewed and responded to emails from N. Reid re G. O'Malley's emails (.1); email to and from D. O'Malley re G. O'Malley (.1); telephone call with D. O'Malley re same (.1); draft letter to Stern re G. O'Malley (.4); met with S. Eterno re real estate properties to be searched (.2); reviewed and respond to emails from S. Eterno re same (.1); (3) [telephone call with N. Reid re M. O'Neil (.2)]; revised Rider to M. O'Neil's subpoena (.1); email to R. Braver re M. O'Neil (.2); search cook county database re various properties (.3); met with N. Reid re subpoenas (.9); further revised rider to title companies per comments from N. Reid (.4); revised demand letter to Midland IRA (.4); reviewed and respond to various emails from N. Reid re discovery (.2); reviewed email from R. Braver re singer island (.1); reviewed emails from D. O'Malley re Marquette Bank/Trusts (.1); reviewed emails from R. Braver and L. Wonderly re asset search (.1); review discovery re O'Neil's note (.3) | 6.00 hrs @ | 185 /hr | 1,110.00<br>-111.00 |
| 01/29/2015 | NNR | Meeting with E. Ives and A. Bouse re general discovery, status, next steps, subpoenas, riders | 0.90 hrs @ | 450 /hr | 405.00 |
| 01/29/2015 | SLE | Research done on all the remaining properties. Compile information into spreadsheet. | 5.00 hrs @ | 185 /hr | 925.00 |
| 01/29/2015 | ADB | Prepare for meeting with Neville and E. Ives (.7); met with S. Eterno re real estate (.1); [met with Neville and E. Ives (.9)] (5) revise subpoena status chart (.2); update list of parties for | 2.70 hrs @ | 185 /hr | 499.50<br>-166.50 |

-277.50

| | | | | | | |
|---|---|---|---|---|---|---|
| | | which we need 2004 Authority (.6); emails to E. Ives re key docs (.2) | | | | |
| 01/29/2015 | EJI | Met with N. Reid and A. Bouse re discovery for potential recoveries (5) | 1.00 hrs @ | 340 /hr | 340.00 | -340.00 |
| 01/30/2015 | NNR | Edit, revise Rule 2004 Motion (.2); discussion with A. Bouse re same (.5) | 0.70 hrs @ | 450 /hr | 315.00 | |
| 01/30/2015 | NNR | Emails, discussion re subpoena riders reviewed by D. O'Malley in advance of others' review | 0.20 hrs @ | 450 /hr | 90.00 | |
| 01/30/2015 | NNR | Further emails, discussion re subpoena riders | 0.20 hrs @ | 450 /hr | 90.00 | |
| 01/30/2015 | NNR | Prepare for, participate in monthly conference call re status of discovery (7) | 1.50 hrs @ | 450 /hr | 675.00 | -67.50 |
| 01/30/2015 | ADB (5) (8) | Prepare for Conference call with N. Reid, D. O'Malley and R. Braver (.4); revise 2004 Motion (.5); [conference call with N. Reid, D. O'Malley and R. Braver (1.3);] revise subpoena status chart (.2); update list of parties for which we need 2004 Authority per call (.6); revise 2004 Motion to include additional parties (.4); review transcript of S. Perich's deposition (.2); revise letter to Caesar at Stern re G. O'Malley (.1); telephone call with C. Corral re same (.2); reviewed numerous emails from D. O'Malley re various entities (.4); draft letter to D. Richardson re SunTrust Bank (.4); met with N. Reid and S. Shellenback re closing companies (.3); met with N. Reid re additional parties to be issued subpoenas (.5); update Exhibit A to BR 2004 Motion (.6); email to group re revised list of parties to be included in the BR2004 Motion (.1) | 6.20 hrs @ | 185 /hr | 1,147.00 | -240.50 |
| 01/30/2015 | EJI | Worked on revisions to Chicago Title subpoena rider | 0.50 hrs @ | 340 /hr | 170.00 | |
| 02/02/2015 | ADB | Review numerous emails from N. Reid, S. Eterno, and R. Braver re asset investigation | 0.20 hrs @ | 185 /hr | 37.00 | |
| 02/03/2015 | NNR | Discussion with team re status, motion, next steps (.2); review Rule 2004 Motion (.1) | 0.30 hrs @ | 450 /hr | 135.00 | |
| 02/03/2015 | ADB (12) | Revised Exhibit A to BR 2004 Motion (.3); telephone call with D. Hightower at Chase re Debtor's IRA Account info. (.2); telephone call with D. Richardson at SunTrust Bank re 2004 Subpoena (.1); reviewed email from R. Braver re K. O'Neil (.1); reviewed email from R. Braver re Fort Dearborn Title Company (.1); reviewed email from R. Braver re 337 Elm St. (.1); [revised, filed, served and docketed the Trustee's Motion for BR Rule 2004 Examination of Certain Entities (.7)] -.5 | 1.60 hrs @ | 185 /hr | 296.00 | -92.50 |

-740.50

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 02/04/2015 | NNR | Discovery discussion, analysis, strategizing with A. Bouse and R. Braver re potential ways that W. O'Malley hid property (.7); review spreadsheet re status of subpoenas (.5); discussion with A. Bouse re same (.1); further discussion with A. Bouse re status, subpoenas, strategy (.1) | 1.40 hrs @ | 450 /hr | 630.00 |
| 02/04/2015 | ADB (5) | Reviewed emails from N. Reid and S. Maxwell re real estate/vacant lot in Lemont, IL (.1); [telephone call with N. Reid and R. Braver re real estate (.4);] reviewed emails from N. Reid and R. Braver re 337 Elm Street (.1); revised list of real estate / properties owned by W. O'Malley (.6); telephone call with R. Braver re JP Morgan Chase production (.2); telephone call with D. O'Malley re subpoenas (.2); revised subpoena to Palos Country Club, Inc. c/o CT Corp. and c/o M. Mannion and email same to D. O'Malley for review and comments (.3); revised subpoena to Pedersen & Houpt, P.C. and email same to D. O'Malley for review and comments (.1); revised subpoena to Palos CC, LLC and email same to D. O'Malley for review and comments (.1); revised subpoena to Joan O'Malley and email same to D. O'Malley for review and comments (.1); revised subpoena to Newmarket Development, Inc. and email same to D. O'Malley for review and comments (.1); revised subpoena to Con Murphy and email same to D. O'Malley for review and comments (.1); revised subpoena to Ally Financial Inc. and email same to D. O'Malley for review and comments (.1); revised subpoena to 8050 Niles, LLC and email same to D. O'Malley for review and comments (.1); revised subpoena to FGMK, LLC and email same to D. O'Malley for review and comments (.1); email to N. Reid re various subpoenas (.1); telephone call with N. Reid re same (.1); revise subpoena status chart (.8); met with N. Reid re status/final report and FSLC fees (.1); email to N. Reid re Cloister (.1); review JP Morgan Chase production re IRA accounts (.9); email to R. Braver re same (.1); amended Exhibit A to BR 2004 Motion (.2) | 5.10 hrs @ | 185 /hr | 943.50<br>-74.00 |
| 02/05/2015 | SLE | Title status and ownership information search and forward to N. Reid | 0.40 hrs @ | 185 /hr | 74.00 |
| 02/05/2015 | ADB | Telephone call with N. Reid re real estate / properties (.1); telephone call with N. Reid re G. O'Malley (.1); telephone call with D. O'Malley re same (.1); reviewed emails from D. O'Malley and R. Braver re asset investigation (.4); met with N. Reid re Amended Exhibit A to BR 2004 Motion (.2); reviewed and responded to emails from C. Corral at Stern re G. O'Malley (.1); revise Application to Employ @Properties (.2) | 1.20 hrs @ | 185 /hr | 222.00 |
| 02/05/2015 | ADB | Reviewed case file and prepared memorandum to N. Reid of properties for conference call with N. Reid and S. Maxwell | 0.40 hrs @ | 185 /hr | 74.00 |

-74.00

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | 2004 Examination of Certain Entities and Exhibit 1 to the Proposed Order (.2); draft and file Notice of Filing re same (.1); telephone call with D. O'Malley re additional parties (.3); telephone call with N. Reid re same (.1); revise and file the Second Amended Exhibit A to Trustee's Motion for Rule 2004 Examination of Certain Entities and Second Amended Exhibit 1 to the Proposed Order (.2); draft and file Notice of Filing re same (.1); telephone call with N. Reid re same (.1); Review and respond to email from C. Corral re invoice dated Sept. 2014 (.2); review and respond to emails from K. Goin and K. Pfeiffer re 2004 Subpoenas/invoices (.3); review emails from S. Maxwell re real estate properties (.1); review email from N. Reid re Dewes property update (.1); telephone call with N. Reid re O'Neil loan (.2) | | | -37.00 |
| 02/10/2015 | ADB | Review 2004 Order entered 2-10-15 (.1); email N. Reid, R. Schultz and E. Ives re same (.1); update list of properties for which we have 2004 authority and add notes/comments (.5); review emails from D. O'Malley re subpoenas to Pedersen & Houpt, Newmarket Development, C. Murphy, Ally Financial, 8050 Niles, and FGMK (.4); email to R. Schultz and N. Reid re same (.1); email to R. Braver re same (.1); review W. O'Malley's transcript re O'Neil/real estate (1.0) | 2.30 hrs @ | 185 /hr | 425.50 |
| 02/10/2015 | EJI | Worked on analysis of debtor filings and deposition transcripts (1.5); exchanged emails re discovery requests and court order re Rule 2004 Motion (.9) | 2.40 hrs @ | 340 /hr | 816.00 |
| 02/11/2015 | RTS | Reviewed and revised subpoena to Pedersen & Houpt, P.C. (.3); reviewed and revised subpoena to New Market Development, Inc (.5); reviewed and revised subpoena to C. Murphy (.2) | 1.00 hrs @ | 370 /hr | 370.00 |
| 02/11/2015 | SBS | Reviewed email from S. Maxwell re ownership question on vacant parcel and responded to same | 0.20 hrs @ | 485 /hr | 97.00 |
| 02/11/2015 | SLE | Research done on property for prior ownership information, and chain of title (.5); call to assessor office to obtain past taxes due (.5); prepare email re same (.5) | 1.50 hrs @ | 185 /hr | 277.50 |
| 02/11/2015 | ADB | Telephone call with R. Braver re BR 2004 Order and subpoenas to contractors/ sub-contractors (.2); review numerous emails from D. O'Malley, N. Reid and R. Braver and update the BR 2004 list accordingly (1.7); review Secretary of State records re registered agent (.3); draft BR 2004 Subpoena and rider to Chicago Title & Trust Company (.5); telephone call with E. Ives re Chicago Title and Land Trust Co. (.1); review and revise exhibit a, list of real estate property (.5); review Marquette Bank documents re real estate PIN (.2); met with R. Schultz re Debtor's SS# (.1); | 7.00 hrs @ | 185 /hr | 1,295.00 |

(.2) -.1 (.2) -.1

-37.00

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 02/19/2015 | NNR | Emails, discussion re additional subpoenas, doc review (.4); meeting with A. Bouse re general discovery (.4); allocate discovery assignments to team (.4); emails re follow up on subpoenas (.1) | 1.30 hrs @ | 450 /hr | 585.00 |
| 02/19/2015 | ADB | Reviewed and respond to emails from C. Corral at Stern re: BR 2004 Subpoena to M. Giliano (.1); met with E. Ives re: Gianaris (.2); Reviewed and respond to emails from E. Ives r Gianaris (.1); reviewed and responded to emails from E. Ives re: 337 Elms (.1); reviewed and responded to emails from N. Reid re: subpoenas (.1); review emails and revise list of 2004 parties and subpoena status chart to include notes from attorneys (2.8); revised Exhibit A to Rider to BR 2004 Subpoena to title companies (.2); run property search for various properties in Cook County Recorder of Deeds and Cook County Tax Assessors websites (.9); finalize subpoenas to Chicago Title & Trust Company, Chicago Title Insurance Company, Chicago Title Land Trust Company, Fidelity National Title Insurance Company and First American Title Insurance Company (.7); met with E. Ives re: same (.1); email to C. Corral at Stern for service (.1); draft BR 2004 Subpoena to Ticor Title (.2); draft BR 2004 Subpoena to Old Republic Title (.2); draft BR 2004 Subpoena to Old Republic National Title (.2); draft BR 2004 Subpoena to Near North National Title (.2); draft BR 2004 Subpoena to Law Title Insurance Company (.2); draft BR 2004 Subpoena to Inter County Title (.2); draft BR 2004 Subpoena to Fort Dearborn Title (.2); met with N. Reid re: status of discovery (.4) ](5) | 7.10 hrs @ | 185 /hr | 1,313.50 -74.00 |
| 02/19/2015 | EJI | Worked on revisions and final review re: title company subpoena and rider (1.5); exchanged emails and calls with opposing counsel re: scope of requests in Gianaris subpoena (1.2); exchanged emails and call with R. Braver re: same (.4) | 3.10 hrs @ | 340 /hr | 1,054.00 |
| 02/20/2015 | ADB | Revised Subpoena Status Chart to include notes re: additional subpoenas issued (1.7); organize files re: subpoenas/productions (1.1); revise and finalize BR 2004 Subpoena to Ticor Title (.2); revise and finalize BR 2004 Subpoena to Old Republic Title (.2); revise and finalize BR 2004 Subpoena to Near North National Title (.2); revise and finalize BR 2004 Subpoena to Law Title Insurance Company (.2); revise and finalize BR 2004 Subpoena to Inter County Title (.2); revise and finalize BR 2004 Subpoena to Fort Dearborn Title (.2); revise and finalize BR 2004 to Old Republic National Title (.2); revise and finalize BR 2004 to 8050 Niles (.2); revise and finalize BR 2004 to Cloister Development (.2); revise and finalize BR 2004 to C. Murphy (.2); revise and finalize BR 2004 to FGMK (.2); revise and finalize BR 2004 to Newmarket Development (.2); draft BR 2004 to G. Owen (.2); draft BR 2004 to Advanta IRA (.2); | 6.90 hrs @ | 185 /hr | 1,276.50 |

-74.00

| | | | | | |
|---|---|---|---|---|---|
| | | draft BR 2004 to ALA Architects (.2); draft 2004 to AMD Electric (.2); emailed C. Malone re: Subpoena to First American Title (.1); email to E. Ives re: various subpoenas (.2); emails to D. O'Malley and R. Braver re: BR 2004 Subpoena to G. Owen (.1); emails to D. O'Malley and R. Braver re: BR 2004 Subpoena to Advanta (.1); emails to D. O'Malley and R. Braver re: BR 2004 Subpoena to ALA (.1); emails to D. O'Malley and R. Braver re: BR 2004 Subpoena to AMD (.1); telephone call with N. Reid re: subpoenas (.2) | | | |
| 02/23/2015 | SLE | Review of property and fill out form for survey and quotes | 0.60 hrs @ | 185 /hr | 111.00 |
| 02/23/2015 | ADB | Reviewed email from R. Braver re: subpoenas (.1); telephone call with R. Braver re: subpoenas (.2); email to R. Braver re: subpoenas to Fort Dearborn Land Title Company, InterCounty Title Agency, Law Title Insurance Company, Near North National Title, Old Republic National Title Insurance Group, Old Republic Title and Ticor Title Insurance Company (.2); email to R. Braver re: subpoenas to Chicago Title & Trust Company, Chicago Title Insurance Company, Chicago Title Land Trust Company, Fidelity National Title Insurance Company, and First American Title Insurance Company (.2); telephone call with N. Reid re: taxes (.2); emails to L. West re: settlement/taxes (.3); [met with E. Ives re: subpoenas (.2);] draft BR 2004 Subpoenas (.1); telephone call with R. Braver re: subpoenas to contractors (.1); revise rider to BR 2004 Subpoena to G. Owen as per comments from R. Braver (.4); revise rider to BR 2004 Subpoena to G. Owen as per comments from R. Braver (.2); telephone call with R. Braver re: M. Giliano (.1); email to N. Reid and K. Goin re: invoices from Malone process (.1); email to C. Corral re: Ticor, Fort Dearborn and Near North (.2); email to C. Malone re: subpoenas to Old Republic, Inter County and Law Title (.2); revised Subpoena Status Chart to include notes re: additional subpoenas issued (1.1) | 3.90 hrs @ | 185 /hr | 721.50 -37.00 |
| 02/23/2015 | EJI | Worked on revisions to third-party subpoenas (.8); met with A. Bouse re: same(.4); reviewed 341 meeting transcripts(1.0) | 2.20 hrs @ | 340 /hr | 748.00 |
| 02/24/2015 | RTS | Revised and finalized various subpoenas | 1.00 hrs @ | 370 /hr | 370.00 |
| 02/24/2015 | NNR | Email to S. Messner, Y. Shidenko re O'Neil note | 0.30 hrs @ | 450 /hr | 135.00 |
| 02/24/2015 | SLE | Phone call and email to survey company to obtain quotes and turnaround time for survey | 0.40 hrs @ | 185 /hr | 74.00 |
| 02/24/2015 | ADB | Met with S. Munitz re subpoenas to various parties (.1); | 5.10 hrs @ | 185 /hr | 943.50 |

(5) -37.00

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 02/26/2015 | EJI | Exchanged messages with Chicago Title subpoena respondent (.2); worked on follow-up re: same (.1) | 0.30 hrs @ | 340 /hr | 102.00 |
| 02/27/2015 | ADB | Reviewed discovery documents from Advanta and add bates numbering (.5); telephone call with R. Schultz re: same (.1); Telephone call with F. Mason re: production (.1); Telephone call with Phil at Ticor re: subpoena (.1); Telephone call with C. Malone re: service upon Advanta (.1); reviewed email from K. Goin re: original promissory note re: M. O'Neil (.1) | 1.00 hrs @ | 185 /hr | 185.00 |
| 02/27/2015 | EJI | Exchanged calls with counsel for multiple third-party subpoena respondents re: scope of subpoena and meet/confer (.6); worked on follow-up re: same (.6) | 1.20 hrs @ | 340 /hr | 408.00 |
| 03/02/2015 | EJI | Reviewed correspondence and documents produced by Gianaris counsel in response to third-party subpoena (.4); exchanged emails re: same (.1) | 0.50 hrs @ | 340 /hr | 170.00 |
| 03/03/2015 | SLE | Receive and review of tract search, forward on to all parties | 0.40 hrs @ | 185 /hr | 74.00 |
| 03/03/2015 | ADB | Reviewed and responded to emails from M. O'Malley re: subpoenas (.1); reviewed email from K. Goin re: Advanta / M. O'Neil (.1); reviewed emails from C. Malone re; various invoices due for service (.1); reviewed email from E. Ives re: G. Gianaris (.1); reviewed email from R. Braver re: G. Owen (.1) | 0.50 hrs @ | 185 /hr | 92.50 |
| 03/03/2015 | EJI | Exchanged call and email with opposing counsel re: Gianaris subpoena (.2); worked on follow-up re: same (.3); reviewed answers to third-party subpoenas and correspondence re: same (.5) | 1.00 hrs @ | 340 /hr | 340.00 |
| 03/04/2015 | ADB | Met with Y. Shidenko re: mortgage / O'Neil (.1); reviewed email from Y. Shidenko re: same (.1); reviewed emails from N. Reid re: settlement agreement with Debtor (.1); telephone call with N. Reid re: G. O'Malley/deposition (.1) | 0.40 hrs @ | 185 /hr | 74.00 |
| 03/05/2015 | NNR | Prepare for, discussion with R. Braver and A. Bouse re monthly status call, next steps, general discovery (.9); call to Advanta re documents, O'Neil Note, collection of assets (.1); discussion with A. Bouse re follow-up (.1) | 1.10 hrs @ | 450 /hr | 495.00 |
| 03/05/2015 | ADB (5) | Telephone call with N. Reid and R. Braver re: status (.9); telephone call with N. Reid re: Subpoena to G. O'Malley | 1.60 hrs @ | 185 /hr | 296.00<br>-185.00 |

-185.00

| Date | Code | Description | Amount | |
|---|---|---|---|---|
| 12/29/2014 | E106 | Westlaw; Invoice # 830810940; Online research (4) (11) | 52.36 | -52.3 |
| 01/29/2015 | E106 | Westlaw; Invoice # 830999902; Online research (4) (11) | 170.36 | -170. |
| 02/04/2015 | E107 | US Messenger & Logistics, Inc; Invoice # 7535-27132; Messenger service on 01/20/15 to Rob Braver & Associates | 5.66 | |
| 02/04/2015 | E107 | US Messenger & Logistics, Inc; Invoice # 7535-27132; Messenger service on 01/23/15 to Schain, Banks, Kenny & Schwa | 8.49 | |
| 02/04/2015 | E107 | US Messenger & Logistics, Inc; Invoice # 7535-27132; Messenger service on 01/29/15 to Midland IRA, Inc. | 5.66 | |
| 02/27/2015 | E112 | Chase Card Services; Invoice # 2/25/15-1; Filing with Cook County Recorder of Deeds | 4.00 | |
| 03/19/2015 | E107 | US Messenger & Logistics, Inc; Invoice # 7535-27695; Messenger service on 3/5/15 to Ron Braver & Associates, LLC | 5.66 | |
| 03/19/2015 | E107 | US Messenger & Logistics, Inc; Invoice # 7535-27695; Messenger service on 3/9/15 from Chicago Title | 14.90 | |
| 03/26/2015 | E107 | FedEx; Invoice # 2-972-29983; Messenger service on 3/11/15 to Scott Stern of Stern Process & Investigation | 14.60 | |
| 03/26/2015 | E107 | FedEx; Invoice # 2-972-29983; Messenger service on 3/13/15 to Caleb Malone | 26.01 | |
| 04/20/2015 | E124 | First American Title Insurance Company; Invoice # 12295-18103645; Tract search re: property - Vacant Land, Archer Ave., Lemont, IL 60439 | 185.00 | |
| 04/24/2015 | E107 | FedEx; Invoice # 5-001-67730; Messenger service on 4/7/15 to Sarah Maxwell of @prperties | 14.88 | |
| 05/07/2015 | E107 | FedEx; Invoice # 5-016-55477; Messenger service on 4/21/15 to Edyta Moczybroda of @properties | 14.88 | |
| | | Total Disbursements: | $690.93 | |

-222.72