UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re: | ) Chapter 7 |
| | ) Case No. 13-48989 |
| William O'Malley, | ) |
| | ) Hon. Deborah L. Thorne |
| Debtor. | ) |
| | ) Hearing Date: February 16, 2016 |
| | ) Hearing Time: 9:30 a.m. |

**NOTICE OF FIRST AND FINAL APPLICATION OF ELIZABETH M. TODOROVIC LLC FOR ALLOWANCE OF ADMINISTRATIVE CLAIM FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD DECEMBER 2, 2015 THROUGH JANUARY 29, 2016 AND SHORTEN NOTICE**

PLEASE TAKE NOTICE that on **Tuesday, February 16, 2016 at 9:30 a.m.**, or as soon thereafter as counsel may be heard, we shall appear before the Honorable Deborah L. Thorne, or any judge sitting in her stead, in Courtroom 613, in the United States Bankruptcy Court for the Northern District of Illinois, 219 South Dearborn Street, Chicago, Illinois, and present the **First and Final Application of Elizabeth M. Todorovic LLC for Allowance of Administrative Claim for Compensation and Reimbursement of Expenses for the Period December 2, 2015 through January 29, 2016 and Shorten Notice**, at which time and place you may appear as you see fit.

Dated: February 4, 2016

N. NEVILLE REID, not individually, but solely in his capacity as the Chapter 7 Trustee for the Bankruptcy Estate of William O'Malley,

/s/ N. Neville Reid
N. Neville Reid

N. Neville Reid (ARDC #6195837)
Ryan T. Schultz (ARDC #6288585)
**FOX, SWIBEL, LEVIN & CARROLL, LLP**
200 West Madison Street, Suite 3000
Chicago, IL 60606

Ph: 312.224.1200
Fx: 312.224.1201

## CERTIFICATE OF SERVICE

I, N. Neville Reid, certify that on February 4, 2016, I caused a copy of the foregoing **First and Final Application of Elizabeth M. Todorovic LLC for Allowance of Administrative Claim for Compensation and Reimbursement of Expenses for the Period December 2, 2015 through January 29, 2016 and Shorten Notice** to be filed electronically through the Court's CM/ECF filing system and to be served upon all parties listed on the attached Service List by first-class U.S. Mail or electronically through the Court's CM/ECF filing system, as indicated.

*/s/ N. Neville Reid*
N. Neville Reid

## SERVICE LIST

**PARTIES TO RECEIVE NOTICE THROUGH THE COURT'S CM/ECF SYSTEM:**

Chester H. Foster, Jr. on behalf of Creditor Mary Shannon
chf@fosterlegalsvcs.com, dbf@fosterlegalservices.com

Patrick S Layng
USTPRegion11.ES.ECF@usdoj.gov

Roman Sukley on behalf of U.S. Trustee Patrick S Layng
USTPRegion11.es.ecf@usdoj.gov, roman.l.sukley@usdoj.gov, cameron.g.gulden@usdoj.gov

**PARTIES TO RECEIVE NOTICE BY POSTAGE PREPAID FIRST-CLASS U.S. MAIL:**

| | | |
|---|---|---|
| Ally Financial<br>Attn: Bankruptcy<br>P.O. Box 130424<br>Roseville, MN 55113-0004 | PYOD, LLC<br>successors Citibank, N.A.<br>Resurgent Capital Services<br>P.O. Box 19008<br>Greenville, SC 29602-9008 | Daniel L. O'Malley, Eileen M. O'Malley<br>Mary Shannon, Executor of Eileen A. O'Malley<br>Mary Shannon, Individually, Patrick J. O'Malley<br>Paul S. O'Malley, Terrence A. O'Malley, and<br>Timothy J. O'Malley,<br>c/o Chester H. Foster, Jr.<br>19612 Beechnut Drive<br>Mokena, IL 60648 |

| | | |
|---|---|---|
| Edyta Moczybroda<br>@Properties<br>1875 N. Damen<br>Chicago, IL 60647 | Kovitz Shifrin Nesbit<br>Attn: Julie Miller<br>c/o Swanson, Martin & Bell, LLP<br>330 N. Wabash, Suite 3300<br>Chicago, Illinois 60611-3604 | Michael Rhoades<br>Attn: Julie Miller<br>c/o Swanson, Martin & Bell, LLP<br>330 N. Wabash, Suite 3300<br>Chicago, Illinois 60611-3604 |
| Patrick S Layng<br>Office of the U.S. Trustee<br>Region 11<br>219 S Dearborn St Room 873<br>Chicago, IL 60604-2027 | Simon Lapidas & Uhler<br>c/o Stephanie Uhler<br>4709 W. Golf Suite 475<br>Skokie, IL 60076-1228 | Southmoor, LLC<br>1 Oak Hill Dr., Suite 300<br>Attn: Terry O'Malley<br>Westmont, IL 60559-5502 |

**PARTIES TO RECEIVE NOTICE VIA EMAIL:**

David E. Cohen
dcohen@fishercohen.com

Martin Schwartz, Counsel to the Debtor
mschwartz@schainbanks.com

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In Re                                      )
    William O'Malley,                )
                                     )  Bankruptcy No. 13-48989
                                     )
                Debtor.              )  Chapter         7

### COVER SHEET FOR APPLICATION FOR PROFESSIONAL COMPENSATION
### (IN CASES UNDER CHAPTERS 7, 11 AND 12)

Name of Applicant: __Elizabeth M. Todorovic LLC__

Authorized to Provide Professional Services to: __N. Neville Reid, as chapter 7 trustee__

Date of Order Authorizing Employment: __January 12, 2016, retroactive to December 2, 2015__

Period for Which Compensation is Sought:
From __December 2__, __2015__ through __January 29__, __2016__

Amount of Fees Sought: $ 1,592.50

Amount of Expense Reimbursement Sought: $ 0.00

This is an:   Interim Application _____   Final Application __✓__

If this is *not* the first application filed herein by this professional, disclose as to all prior fee applications:

| Date Filed | Period Covered | Total Requested (Fees & Expenses) | Total Allowed (Fees & Expenses) | Fees & Expenses Previously Paid |
|---|---|---|---|---|
| | | | | |

Dated:   __February 4, 2016__                        __/s/ N. Neville Reid__
                                                                                                  (Counsel)

**UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re: ) | Chapter 7 |
| ) | Case No. 13-48989 |
| William O'Malley, ) | |
| ) | Hon. Deborah L. Thorne |
| Debtor. ) | |
| ) | Hearing Date: February 16, 2016 |
| ) | Time: 9:30 a.m. |

**FIRST AND FINAL APPLICATION OF ELIZABETH M. TODOROVIC LLC FOR ALLOWANCE OF ADMINISTRATIVE CLAIM FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES**
**FOR THE PERIOD DECEMBER 2, 2015 THROUGH JANUARY 29, 2016 AND SHORTEN NOTICE**

Elizabeth M. Todorovic LLC ("Todorovic"), special counsel for N. Neville Reid, not individually, but solely in his capacity as chapter 7 trustee (the "Trustee") for the bankruptcy estate (the "Estate") of William O'Malley (the "Debtor"), by and through Fox, Swibel, Levin & Carroll, LLP ("FSLC"), general bankruptcy counsel for the Trustee, files this application (the "Application") for allowance and payment of an administrative claim in the amount of $1,592.50, consisting of fees incurred during the period of December 2, 2015 through January 29, 2016 (the "Application Period"). In support of this Application, Todorovic states the following:

**INTRODUCTION**

1. This Court has jurisdiction over the Application pursuant to 28 U.S.C. § 1334. This matter is a core proceeding within the meaning of § 157(b). Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

2. The bases for the requested relief are Sections 328, 330, and 331 of Title 11 of the United States Code (the "Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy

Procedure (the "Bankruptcy Rules"), and Rule 5082-1 of the Local Rules of the United States Bankruptcy Court for the Northern District of Illinois (the "Local Rules").

## BACKGROUND

3. On December 26, 2013 (the "Petition Date"), the Debtor filed a voluntary petition for relief under Chapter 7 of the Bankruptcy Code in the United States Bankruptcy Court for the Northern District of Illinois (the "Court"). Shortly thereafter, the United States Trustee for the Northern District of Illinois appointed Norman B. Newman as the Trustee for the Estate. Subsequent thereto, Norman B. Newman resigned and N. Neville Reid was appointed as the Trustee for the Estate on February 10, 2014.

4. On January 12, 2016, the Court entered a final order granting the Trustee's application to retain Todorovic as special counsel retroactive to December 2, 2015. [Dkt. 125].

## REQUESTED RELIEF

5. Todorovic files this Application for allowance of an administrative claim for compensation in the amount of $1,592.50, which consists of fees incurred during the Application Period.

6. Attached as **Exhibit A** to this Application are the detailed billing records of Todorovic, describing the actual, necessary services rendered and time expended for work performed on behalf of the Trustee during the Application Period.

## PROFESSIONAL SERVICES RENDERED DURING THE APPLICATION PERIOD

7. During the Application Period, Todorovic rendered real estate services to the Trustee, specifically resolving any issues that were related to the sale of the vacant real estate property located in Lemont, IL commonly known 13203 Archer Avenue, Lemont, IL 60439 (the "Property"). Todorovic's services allow the Estate to receive $40,353.39 from the sale of the

Property.

## APPROPRIATENESS OF FEES

8. The total amount of fees for professional services performed during the Application Period sought by Todorovic in this Application is $1,592.50.

9. The professional services provided by Todorovic to the Trustee during the Application Period were necessary and appropriate to assist the Trustee with the administration of the Debtor's case, and were in the best interests of the Estate. Compensation for the services provided by Todorovic is commensurate with the complexity, importance, and nature of the problems, issues and tasks involved. Todorovic undertook all reasonable efforts to ensure that the services it provided were performed in an efficient manner, without duplication of effort.

10. Todorovic's fees are recorded in a computerized time record system, from which the bills attached to this Application were generated. Todorovic has reviewed the bills to ensure their accuracy.

11. Todorovic's billing rates for the matters set forth in this Application are consistent with reasonable and customary rates among special counsel for the work performed.

12. Todorovic's requested fees are awardable pursuant to Section 330 of the Bankruptcy Code as reasonable and necessary expenses incurred for the administration of the Estate.

## ADDITIONAL FEES

13. Todorovic has undertaken all reasonable efforts to ensure that all fees and costs for the Application Period are included in this Application. However, it is possible that some fees and expenses may not be included in this Application. Todorovic reserves the right to submit further applications for fees and expenses for the period December 2, 2015 through

January 29, 2016, if necessary.

## NOTICE

14.   Pursuant to Bankruptcy Rule 2002(a), notice of this Application has been given to: (a) the Debtor; (b) the Debtor's counsel; (c) the United States Trustee for the Northern District of Illinois; (d) all creditors; and (e) all other parties set up to receive notice through the Court's ECF filing system.  The Trustee requests that the Court grant this Motion on shortened notice because it is customary for attoneys such as Todorovic to be paid at closing which has occurred and due to the relatively small amount of the administrative claim to be paid.  In light of the nature of the relief requested, the Trustee submits that no further notice is required.

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

WHEREFORE, Todorovic requests entry of an order allowing it an administrative claim in the amount of $1,592.50 and allowing the Trustee to pay the same.

Dated: February 4, 2016                    Respectfully submitted,

                                           **Law Offices of Elizabeth M. Todorovic LLC**

                                           By: ___/s/ N. Neville Reid___
                                                Fox, Swibel, Levin & Carroll, LLP,
                                                General Bankruptcy Counsel to the Trustee

N. Neville Reid (ARDC #6195837)
Ryan T. Schultz (ARDC #6288585)
**FOX, SWIBEL, LEVIN & CARROLL, LLP**
200 West Madison Street, Suite 3000
Chicago, IL  60606
Ph: 312.224.1200
Fx: 312.224.1201

*General Bankruptcy Counsel to*
*N. Neville Reid, the Chapter 7 Trustee*