**UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| In re: **)** <br> **)** <br> WILLIAM O'MALLEY **)** <br> **)** <br>  Debtor. **)** <br> **)** <br> **)** | Chapter 7 <br> Case No. 13-48989 <br><br> Hon. Deborah L. Thorne <br><br> **Hearing Date:** December 21, 2017 <br> **Hearing Time:** 10:00 AM |

**NOTICE OF FIRST AND FINAL APPLICATION OF TRUSTEE'S ACCOUNTANT FOR
COMPENSATION AND REIMBURSEMENT OF EXPENSES**

TO:    SEE ATTACHED SERVICE LIST

　　　PLEASE TAKE NOTICE that on **Thursday, December 21, 2017 at 10:00 A.M.**, or as soon thereafter as counsel may be heard, we shall appear before the Honorable Deborah L. Thorne, or any judge sitting in her stead, in Courtroom 613, in the United States Bankruptcy Court for the Northern District of Illinois, 219 South Dearborn Street, Chicago, Illinois, and present the **First and Final Application of Trustee's Accountant for Compensation and Reimbursement of Expenses,** at which time and place you may appear as you see fit.

Dated: November 30, 2017　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　　**LOIS WEST**

　　　　　　　　　　　　　　　　　　　　　　　　By:    */s/ N. Neville Reid*
　　　　　　　　　　　　　　　　　　　　　　　　　　　Fox, Swibel, Levin & Carroll, LLP,
　　　　　　　　　　　　　　　　　　　　　　　　　　　Accountant to the Trustee

N. Neville Reid (ARDC #6195837)
Ryan T. Schultz (ARDC #6288585)
Brian J. Wilson (ARDC #6294099)
**FOX SWIBEL LEVIN & CARROLL LLP**
200 West Madison Street, Suite 3000
Chicago, IL  60606
Ph:  312.224.1200
Fx: 312.224.1201

# **CERTIFICATE OF SERVICE**

I, N. Neville Reid, certify that on November 30, 2017, I caused a copy of the foregoing **First and Final Application of Trustee's Accountant for Compensation and Reimbursement of Expenses** to be filed electronically, with a copy of same being served upon the parties listed on the attached Service List by the Court's ECF filing system or by postage prepaid first-class U.S. Mail.



*/s/ N. Neville Reid*
N. Neville Reid

## **SERVICE LIST**

**PARTIES TO RECEIVE NOTICE THROUGH THE COURT'S CM/ECF SYSTEM:**

Chester H. Foster, Jr. on behalf of Creditor Mary Shannon
chf@fosterlegalsvcs.com, dbf@fosterlegalservices.com

Patrick S Layng
USTPRegion11.ES.ECF@usdoj.gov

Roman Sukley on behalf of U.S. Trustee Patrick S Layng
USTPRegion11.es.ecf@usdoj.gov, roman.l.sukley@usdoj.gov, cameron.g.gulden@usdoj.gov

**PARTIES TO RECEIVE NOTICE BY POSTAGE PREPAID FIRST-CLASS U.S. MAIL:**

| | | |
|---|---|---|
| Ally Bank<br>P.O. Box 130424<br>Roseville, MN<br>55113-0004 | Kovitz Shifrin Nesbit<br>750 W. Lake Cook Road<br>Suite 350<br>Buffalo Grove, IL 60089-2086 | O'Malley, Patrick J.<br>c/o Johnson Bell,<br>Ltd.<br>33 W. Monroe St., Suite 2700<br>Chicago, IL 60603-5404 |
| Ally Financial<br>Attn: Bankruptcy<br>P.O. Box 130424<br>Roseville, MN<br>55113-0004 | Kovitz Shifrin Nesbit<br>c/o Swanson, Martin & Bell, LLP<br>330 N. Wabash, Suite 3300<br>Chicago, Illinois 60611-3604 | O'Malley, Patrick J.<br>c/o Konicek & Dillon<br>21 West State<br>Geneva, IL 60134-2238 |
| Chase<br>P.O. Box 15298<br>Wilmington, DE 19850-5298 | Madden, Jiganti, Moore & Sinars<br>190 South LaSalle Street<br>Suite 1700<br>Chicago, IL 60603-3496 | O'Malley, Patrick J.<br>c/o The Cummings Law Firm PC<br>77 W. Wacker Dr., Suite 4800<br>Chicago, IL 60601-1664 |
| Chicago Title Land Trust Company<br>10 South LaSalle Street<br>Suite 2750<br>Chicago, IL 60603-1108 | Michael Rhoades<br>Attn: Julie Miller<br>c/o Swanson, Martin & Bell, LLP<br>330 N. Wabash, Suite 3300<br>Chicago, Illinois 60611-3604 | O'Malley, Paul S.<br>c/o Johnson Bell, Ltd.<br>33 W. Monroe St., Suite 2700<br>Chicago, IL 60603-5404 |
| Citibank<br>P.O. Box 790034<br>St. Louis, MO 63179-0034 | O'Malley, Daniel L.<br>c/o Johnson Bell, Ltd.<br>33 W. Monroe St., Suite 2700<br>Chicago, IL 60603-5404 | O'Malley, Paul S.<br>c/o Konicek & Dillon<br>21 West State<br>Geneva, IL 60134-2238 |

Citibank SD, NA
Attn: Centralized Bankruptcy
P.O. Box 20363
Kansas City, MO 64195

David E Cohen
Fisher Cohen Waldman Shapiro, LLP
1247 Waukegan Road, Suite 100
Glenview, IL 60025-3057

First Midwest Bank
1 Pierce Place
Itasca, IL 60143-1254

First Midwest Bank
c/o Chapman & Cutler, LLP
111 W. Monroe St.
Chicago, IL 60603-4096

Internal Revenue Service
Department of the Treasury
P.O. Box 7346
Philadelphia, PA 19101-7346

PYOD, LLC
successors Citibank, N.A.
Resurgent Capital Services
P.O. Box 19008
Greenville, SC 29602-9008

Shannon, Mary M.
c/o A. Charles Kogut
210 W. 22nd St., Suite 110
Oak Brook, IL 60523-4035

Shannon, Mary M. O'Malley
c/o Johnson Bell, Ltd.
33 W. Monroe St., Suite 2700
Chicago, IL 60603-5404

Simon Lapidas & Uhler
c/o Stephanie Uhler 4709 W. Golf
Suite 475
Skokie, IL 60076-1228

O'Malley, Daniel L.
c/o Konicek & Dillon
21 West State
Geneva, IL 60134-2238

O'Malley, Eileen
c/o Konicek & Dillon
21 West State
Geneva, IL 60134-2238

O'Malley, Estate of Eileen A
c/o The Cummings Law Firm PC
77 W. Wacker Dr., Suite 4800
Chicago, IL 60601-1664

O'Malley, Estate of Eileen M. c/o
Johnson Bell, Ltd.
33 W. Monroe St., Suite 2700
Chicago, IL 60603-5404

O'Malley, Joan Gross
c/o Ruff Weidenaar & Reidy Ltd.
222 N. LaSalle St., Suite 700
Chicago, IL 60601-1024

Southmoor, LLC
1 Oak Hill Dr., Suite 300
Attn: Terry O'Malley
Westmont, IL 60559-5502

Stephanie D. Uhler
Simon Lapidas & Uhler LLC
4709 W. Golf Rd. Ste 475
Skokie, IL 60076-1228

Suntrust/Greensky/thd
P.O. Box 79282
Baltimore, MD 21279-0282

William O'Malley
1903 Schiller Avenue Unit 2
Wilmette, IL 60091-2300

O'Malley, Paul S.
c/o The Cummings Law Firm PC
77 W. Wacker Dr., Suite 4800
Chicago, IL 60601-1664

O'Malley, Rev. Timothy J.
c/o Johnson Bell, Ltd.
33 W. Monroe St., Suite 2700
Chicago, IL 60603-5404

O'Malley, Terrance A. c/o
Johnson Bell, Ltd.
33 W. Monroe St., Suite 2700
Chicago, IL 60603-5404

O'Malley, Thomas
c/o Scanlan Law Group
8 S. Michigan Ave., 27th Floor
Chicago, IL 60603-3327

Patrick S Layng
Office of the U.S. Trustee
Region 11
219 S Dearborn St Room 873
0604-2027

Bridgeview Bank Group
c/o Greiman, Rome & Griesmeyer, LLC
2 N. LaSalle Street
Suite 1601
Chicago, IL 60602

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE:  WILLIAM O'MALLEY | ) | CHAPTER 7 |
| | ) | |
| | ) | Case No.  13-48989 |
| Debtor | ) | |
| | ) | HON. DEBORAH L. THORNE |
| | ) | |

**COVER SHEET FOR APPLICATION FOR
PROFESSIONAL COMPENSATION**

Name of Applicant:   KUTCHINS, ROBBINS & DIAMOND, LTD.

Authorized to Provide
Professional Services to:   N. NEVILLE REID, TRUSTEE

Date of Order Authorizing Employment:  October 24, 2017 retroactive to September 29, 2017

Period for Which
Compensation is Requested:  From September 29, 2017 through October 10, 2017

Amount of Fees Requested:   $ 2,805.00

Amount of Expense Reimbursement Requested:  $0

This is an:  Interim Application_____   Final Application __**X**_____

Previous applications / allowances of this applicant:

Fees Sought:  NONE          Fees Allowed:  NONE
Costs Sought:  NONE         Costs Allowed:  NONE

                                          Applicant:

Date:  November 30, 2017              By:    /s/ N. Neville Reid
                                              (Counsel)

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE:  WILLIAM O'MALLEY | ) | CASE NO. 13-48989 |
| | ) | |
| | ) | CHAPTER 7 |
| | ) | |
| | ) | HON. DEBORAH L. THORNE |
| DEBTOR | ) | |

**FIRST AND FINAL APPLICATION OF TRUSTEE'S ACCOUNTANT
FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES**

Kutchins, Robbins & Diamond, Ltd., accountant for the Trustee pursuant to 11 U.S.C. Sec 330 and Bankruptcy Rule 2016 submits this application for compensation and reimbursement of expenses and represents to the Court as follows:

1. The Petition commencing this case was filed on December 26, 2016 and this Court on October 24, 2017 authorized the employment of the firm of Kutchins, Robbins & Diamond, Ltd. to serve as accountant for the trustee.

2. Applicant requests $2,805.00 in compensation for 11.0 hours of services performed and reimbursement of actual expenses in the amount of $0 for the period September 29, 2017 through October 10, 2017.

3. A description of the nature of the services rendered by the Applicant is as follows:

   Accounting and tax services including preparation of the federal and state partnership income tax returns for the years ended December 31, 2015, December 31, 2016 and final period ended October 31, 2017 and preparation of K-1 forms for twenty-nine shareholders.

4. Attached as Exhibit "A" is an itemized statement of the accounting services rendered. The statement reflects the accounting services rendered, the persons who rendered those services, and a description of the work performed.

5. The time expended and services rendered by Applicant is summarized as follows:

<u>Tax Services:</u>

| Accountant | Hours | Rate | Total |
|---|---|---|---|
| L. West | 11.0 | $255 | $2,805.00 |
| Total | 11.0 | | $2,805.00 |

6. Based on the nature, extent, and value of services performed by the Applicant, the results achieved, and the costs of comparable services, the compensation sought is fair and reasonable.

7. At all times during Applicant's representation of the Trustee, Applicant was a disinterested person and neither represented nor held an interest adverse to the estate with respect to matters on which Applicant was employed.

**WHEREFORE**, Applicant requests that it be awarded reasonable compensation of $ 2,805.00 for the accounting services rendered in this case and reimbursement of expenses of $0.00 incurred.

DATE: November 30, 2017                RESPECTFULLY SUBMITTED,

**LOIS WEST**,

By:   */s/ N. Neville Reid*
      Fox, Swibel, Levin & Carroll, LLP,
      Accountant to the Trustee

N. Neville Reid (ARDC #6195837)
Ryan T. Schultz (ARDC #6288585)
Brian J. Wilson (ARDC #6294099)
**FOX SWIBEL LEVIN & CARROLL LLP**
200 West Madison Street, Suite 3000
Chicago, IL  60606
Ph:  312.224.1200
**Fx: 312.224.1201**