# UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | Case No. 13-48989 |
| WILLIAM O'MALLEY, | ) | |
| | ) | Hon. Deborah L. Thorne |
| Debtors. | ) | |
| | ) | |
| | ) | |

## CERTIFICATE OF SERVICE

I, N. Neville Reid, certify that on **November 30, 2017**, I caused copies of the **Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object** [Dkt. 165]; **Trustee's Application for Compensation and Expenses** [Dkt. 164]; **Sixth and Final Application of Fox Swibel Levin & Carroll LLP, for an Order (I) Allowing an Administrative Claim for Compensation and Reimbursement of Expenses for the Period October 1, 2016 Through October 24, 2017; (II) Authorizing Payment of Unpaid Fees; and (III) Providing Final Approval to All Previous Interim Fee Applications** [Dkt. 163]; and the **First and Final Application of Trustee's Accountant for Compensation and Reimbursement of Expenses** [Dkt. 162], to be filed electronically, with a copy to be served upon all parties listed on the attached Service List by first-class U.S. Mail and to be served electronically upon all parties set up to receive notice through the Court's ECF filing system.

*/s/ N. Neville Reid*
N. Neville Reid

1

**SERVICE LIST**

**PARTIES TO RECEIVE NOTICE THROUGH THE COURT'S CM/ECF SYSTEM:**

Chester H. Foster, Jr. on behalf of Creditor Mary Shannon
chf@fosterlegalsvcs.com, dbf@fosterlegalservices.com

Patrick S Layng
USTPRegion11.ES.ECF@usdoj.gov

Roman Sukley on behalf of U.S. Trustee Patrick S Layng
USTPRegion11.es.ecf@usdoj.gov, roman.l.sukley@usdoj.gov, cameron.g.gulden@usdoj.gov

**PARTIES TO RECEIVE NOTICE BY POSTAGE PREPAID FIRST-CLASS U.S. MAIL:**

Ally Bank
P.O. Box 130424
Roseville, MN 55113-0004

Ally Financial
Attn: Bankruptcy
P.O. Box 130424
Roseville, MN 55113-0004

Chase
P.O. Box 15298
Wilmington, DE 19850-5298

Chicago Title Land Trust Company
10 South LaSalle Street
Suite 2750
Chicago, IL 60603-1108

Citibank
P.O. Box 790034
St. Louis, MO 63179-0034

Kovitz Shifrin Nesbit
750 W. Lake Cook Road
Suite 350
Buffalo Grove, IL 60089-2086

Kovitz Shifrin Nesbit
c/o Swanson, Martin & Bell, LLP
330 N. Wabash, Suite 3300
Chicago, Illinois 60611-3604

Madden, Jiganti, Moore & Sinars
190 South LaSalle Street
Suite 1700
Chicago, IL 60603-3496

Michael Rhoades
Attn: Julie Miller
c/o Swanson, Martin & Bell, LLP
330 N. Wabash, Suite 3300
Chicago, Illinois 60611-3604

O'Malley, Daniel L.
c/o Johnson Bell, Ltd.
33 W. Monroe St., Suite 2700
Chicago, IL 60603-5404

O'Malley, Patrick J.
c/o Johnson Bell, Ltd.
33 W. Monroe St., Suite 2700
Chicago, IL 60603-5404

O'Malley, Patrick J.
c/o Konicek & Dillon
21 West State
Geneva, IL 60134-2238

O'Malley, Patrick J.
c/o The Cummings Law Firm PC
77 W. Wacker Dr., Suite 4800
Chicago, IL 60601-1664

O'Malley, Paul S.
c/o Johnson Bell, Ltd.
33 W. Monroe St., Suite 2700
Chicago, IL 60603-5404

O'Malley, Paul S.
c/o Konicek & Dillon
21 West State
Geneva, IL 60134-2238

Citibank SD, NA
Attn: Centralized Bankruptcy
P.O. Box 20363
Kansas City, MO 64195

David E Cohen
Fisher Cohen Waldman Shapiro, LLP
1247 Waukegan Road, Suite 100
Glenview, IL 60025-3057

First Midwest Bank
1 Pierce Place
Itasca, IL 60143-1254

First Midwest Bank
c/o Chapman & Cutler, LLP
111 W. Monroe St.
Chicago, IL 60603-4096

Internal Revenue Service
Department of the Treasury
P.O. Box 7346
Philadelphia, PA 19101-7346

PYOD, LLC
successors Citibank, N.A.
Resurgent Capital Services
P.O. Box 19008
Greenville, SC 29602-9008

Shannon, Mary M.
c/o A. Charles Kogut
210 W. 22nd St., Suite 110
Oak Brook, IL 60523-4035

Shannon, Mary M. O'Malley
c/o Johnson Bell, Ltd.
33 W. Monroe St., Suite 2700
Chicago, IL 60603-5404

O'Malley, Daniel L.
c/o Konicek & Dillon
21 West State
Geneva, IL 60134-2238

O'Malley, Eileen
c/o Konicek & Dillon
21 West State
Geneva, IL 60134-2238

O'Malley, Estate of Eileen A
c/o The Cummings Law Firm PC
77 W. Wacker Dr., Suite 4800
Chicago, IL 60601-1664

O'Malley, Estate of Eileen M. c/o
Johnson Bell, Ltd.
33 W. Monroe St., Suite 2700
Chicago, IL 60603-5404

O'Malley, Joan Gross
c/o Ruff Weidenaar & Reidy Ltd.
222 N. LaSalle St., Suite 700
Chicago, IL 60601-1024

Southmoor, LLC
1 Oak Hill Dr., Suite 300
Attn: Terry O'Malley
Westmont, IL 60559-5502

Stephanie D. Uhler
Simon Lapidas & Uhler LLC
4709 W. Golf Rd. Ste 475
Skokie, IL 60076-1228

Suntrust/Greensky/thd
P.O. Box 79282
Baltimore, MD 21279-0282

O'Malley, Paul S.
c/o The Cummings Law Firm PC
77 W. Wacker Dr., Suite 4800
Chicago, IL 60601-1664

O'Malley, Rev. Timothy J.
c/o Johnson Bell, Ltd.
33 W. Monroe St., Suite 2700
Chicago, IL 60603-5404

O'Malley, Terrance A. c/o Johnson Bell,
Ltd.
33 W. Monroe St., Suite 2700
Chicago, IL 60603-5404

O'Malley, Thomas
c/o Scanlan Law Group
8 S. Michigan Ave., 27th Floor
Chicago, IL 60603-3327

Patrick S Layng
Office of the U.S. Trustee
Region 11
219 S Dearborn St Room 873
0604-2027

Simon Lapidas & Uhler
c/o Stephanie Uhler 4709 W. Golf
Suite 475
Skokie, IL 60076-1228

William O'Malley
1903 Schiller Avenue Unit 2
Wilmette, IL 60091-2300

Bridgeview Bank Group
c/o Greiman, Rome & Griesmeyer, LLC
2 N. LaSalle Street
Suite 1601
Chicago, IL 60602