UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.:  13-48989 |
| William O'Malley, | ) | |
| | ) | Chapter: 7 |
| | ) | Honorable Deborah L. Thorne |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

**ORDER (I) GRANTING SIXTH AND FINAL FEE APPLICATION OF FOX SWIBEL LEVIN & CARROLL LLP, (II) ALLOWING AN ADMINISTRATIVE CLAIM FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD OCTOBER 1, 2016 THROUGH OCTOBER 24, 2017; (III) AUTHORIZING PAYMENT OF UNPAID FEES; AND (IV) PROVIDING FINAL APPROVAL TO ALL PREVIOUS INTERIM FEE APPLICATIONS**

This matter coming before the Court on the Application (the "Application") of N. Neville Reid of the law firm of Fox Swibel Levin & Carroll, LLP ("FSLC"), general bankruptcy counsel to N. Neville Reid, not individually, but solely in his capacity as the chapter 7 trustee (the "Trustee") for the bankruptcy estate (the "Estate") of William O'Malley (the "Debtor"), for entry of an order pursuant to 11 U.S.C. §§ 328, 330 and 331, Rule 2016 of the Federal Rules of Bankruptcy Procedure, Rule 5082-1 of the Local Rules of the United States Bankruptcy Court for the Northern District of Illinois, and the United States Trustee Fee Guidelines – Guidelines for Reviewing Applications for Compensation and Reimbursement of Disbursements Filed under 11 U.S.C. § 330 (Appendix A to 28 C.F.R. § 58), (i) granting the Sixth and Final Fee Application of FSLC, (ii) allowing FSLC an administrative claim for compensation consisting of fees in the amount of $25,491.50 and expense reimbursement in the amount of $109.60 (collectively, such requested fees and expense reimbursement, the "Requested Compensation") incurred during the period of October 1, 2016 through October 24, 2017 (the "Application Period"); (iii) authorizing the Trustee to pay FSLC (a) $14,849.00 in outstanding fees incurred during the period from February 1, 2016 through September 30, 2016 (the "Prior Application Period") and which were authorized prior hereto to be payable upon further Court Order, and (b) the Requested Compensation incurred during the Application Period; and (iv) providing final approval to all previously-awarded interim fee applications filed by FSLC; the Court finds that (1) it has jurisdiction over the matters raised in the Application pursuant to 28 U.S.C. § 1334; (2) this is a core proceeding pursuant to 28 U.S.C. § 157(b); (3) the relief requested in the Application is in the best interests of the Debtor's Estate, its creditors and other parties-in-interest; (4) due and sufficient notice of the Application was given; and (5) upon the record herein and after due deliberation and cause appearing therefor;

IT IS HEREBY ORDERED:

1. The Application is hereby granted, as set forth herein.

2. FSLC is hereby allowed an administrative claim for compensation consisting of fees in the amount of $25,491.50 and reimbursement of expenses in the amount of $109.60 incurred during the Application Period.

3. The Trustee is hereby authorized to immediately pay FSLC (a) $14,849 in outstanding fees incurred during the Prior Application Period, plus (b) fees in the amount of $25,491.50 and

reimbursement of expenses in the amount of $109.60 incurred during the Application Period.

4. All previous fee applications approved by this Court on an interim basis are hereby finally approved in their entirety. The Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order.

5. This Order will become effective immediate upon its entry.

Enter: *[signature]*

Honorable Deborah L. Thorne
United States Bankruptcy Judge

Dated:  December 21, 2017

**Prepared by:**

N. Neville Reid (ARDC #6195837)
Ryan T. Schultz (ARDC #6288585)
FOX SWIBEL LEVIN & CARROLL LLP
200 West Madison Street, Suite 3000
Chicago, IL 60606
Ph: 312.224.1200
Fx: 312.224.1201